UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL S. GRANT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SGT. BORGES, et al.,<br><br>　　　　　Defendants. | Case No. ED CV 21-00899 VBF (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint in the above-captioned matter, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

　　　　IT IS ORDERED that Defendant's Motion to Dismiss the First Amended Complaint for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6) is GRANTED. Plaintiff is ORDERED to file a Second Amended Complaint curing the deficiencies of the First Amended Complaint **no later than Monday, May 8, 2023** if he wishes to pursue his claims.

| | |
|---|---|
| 1 | Plaintiff shall file a separate declaration with any amended complaint that provides |
| 2 | sufficient information to permit the United States Marshals Service to serve Defendants |
| 3 | Borges and Jacobsson and to identify and serve Defendant John Doe No. 1, or, in the |
| 4 | alternative, that shows good cause why the deadline for serving a pleading under Federal |
| 5 | Rule of Civil Procedure 4(m) on these Defendants should be continued. |
| 6 | The Clerk is DIRECTED to serve copies of this Order on Plaintiff at his current |
| 7 | address of record and on counsel for Defendants. |
| 8 | IT IS SO ORDERED. |
| 10 | DATED: March 28, 2023               /s/ Valerie Baker Fairbank |
| 12 | VALERIE BAKER FAIRBANK<br>UNITED STATES DISTRICT JUDGE |