UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   EDCV 21-0899 VBF (PVC)                               Date:  June 7, 2023

Title   Russell S. Grant v. Borges, et al.

Present: The Honorable Pedro V. Castillo, United States Magistrate Judge

| Marlene Ramirez | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**PROCEEDINGS:**  [IN CHAMBERS]  ORDER TO SHOW CAUSE WHY THE MAGISTRATE JUDGE SHOULD NOT RECOMMEND THAT THIS ACTION BE DISMISSED FOR FAILURE TO PROSECUTE

On June 24, 2020, Russel S. Grant, a California state prisoner proceeding *pro se*, constructively filed a civil rights complaint pursuant to 42 U.S.C § 1983 in the Eastern District of California. ("Complaint," Dkt.1).  The Complaint alleged claims against many CDCR employees at three institutions for several different, unrelated wrongs. Simultaneously with the Complaint, Plaintiff filed a motion for a preliminary injunction and a temporary restraining order.  (Dkt. No. 3).

After some of Plaintiff's claims were transferred to the Central District, this Court dismissed the Complaint with leave to amend due to its several pleading deficiencies. (Dkt. No. 33).  Plaintiff then filed the First Amended Complaint on January 10, 2022. ("FAC," Dkt. No. 36). On August 11, 2022, Parker, one of three named defendants, filed a Motion to Dismiss Plaintiff's First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).  ("MTD," Dkt. No. 51).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   EDCV 21-0899 VBF (PVC)                              Date:  June 7, 2023

Title         Russell S. Grant v. Borges, et al.

On December 12, 2022, the Court issued a Report and Recommendation recommending that the MTD be granted and that Plaintiff be ordered to file a Second Amended Complaint within thirty days of the District Judge's order.  (Dkt. 59 at 17).  On March 28, 2023, the District Judge adopted the Magistrate Judge's Report and Recommendation.  (Dkt. No. 60).  The Court ordered Plaintiff to file a Second Amended Complaint if he wished to pursue his claims by May 8, 2023.  (Dkt. No. 60).  The deadline lapsed without a response from the Plaintiff.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, within **twenty-one (21) days** of the date of this Order, why the Magistrate Judge should not recommend that this action be dismissed with prejudice for failure to prosecute.  Plaintiff may discharge this Order by filing either:  (1) a Second Amended Complaint, curing the deficiencies of the FAC;  **or** (2) a declaration under penalty of perjury stating why he is unable to do so.

If Plaintiff no longer wishes to pursue his claims, he may request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a).  **A Notice of Dismissal form is attached for Plaintiff's convenience.**  Plaintiff is again warned that the failure to timely file a response to this Order will result in a recommendation that this action be dismissed with prejudice for failure to prosecute and obey court orders pursuant to Federal Rule of Civil Procedure 41(b).

The Clerk of the Court is directed to serve a copy of this Order upon Plaintiff at his address of record.

IT IS SO ORDERED.

|  |  |
|---|---|
|  | 00:00 |
| Initials of Preparer | mr |